■ PATRICIA DODD JONES, Individually and as Administratrix of the Estate of WILLARD ROBERT JONES, Deceased, et al., Respondents, v SCOTT I. GINGOLD, M.D., et al., Defendants, and MAGNETIC DIAGNOSTIC RESOURCES OF CENTRAL NEW YORK, LLP, Appellant. [825 NYS2d 651]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered February 7, 2006 in a medical malpractice action. The order denied the motion of defendant Magnetic Diagnostic Resources of Central New York, LLP for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.